IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TWENTY THREE THOUSAND THREE HUNDRED AND TWENTY THREE DOLLARS ($23,323.00) IN UNITED STATES CURRENCY,<br><br>Defendant.<br>_____ | CIV NO. 09-00428 JMS/LEK |

ORDER ADOPTING MAGISTRATE'S ORDER AND
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 16, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 11, 2010.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge